IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SILVESTRE SANCHEZ AGUILAR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 16-C-2216 |
| v. ) | Judge Robert W. Gettleman |
| ) | Magistrate Judge Maria Valdez |
| JLK ENTERPRISES LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT ORDER

This cause comes to be heard on the Parties' Joint Motion for Leave to File a Second Amended Complaint, to Approve of the Settlement Agreement and to Dismiss Plaintiffs' Claims with Prejudice. The Court having been fully advised and the Court having read and considered the Settlement Agreement and General Release (the "Agreement"), NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted leave to file a Second Amended Complaint adding two additional Plaintiffs to the case, Armando Carrasco and Israel Caro Gallard, and one additional Defendant, Grand Car Wash, LLC. The Second Amended Complaint also corrects the formal name of one of the previously-identified Plaintiffs;

2. The Court has considered the Parties' arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Agreement is fair, reasonable and adequate;

3. The Court hereby approves the Agreement and the terms set forth therein as being fair, reasonable and adequate. The Agreement is the result of arm's length negotiations, and provides full relief to each of the Plaintiffs; and

4. Plaintiffs' claims against Defendants are initially dismissed without prejudice with each party to bear their own fees and costs in accordance with the Settlement Agreement. This dismissal shall automatically convert to a dismissal with prejudice on January 25, 2017.

SO ORDERED.

Entered on October __6th__, 2016

By:_____
Hon. Robert W. Gettleman
District Court Judge

Prepared by:
Heather Becker
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
*Attorney for Defendants*

Approved by:
Timothy Nolan
Nicholas P. Cholis
Nolan Law Office
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 322-1100
*Attorneys for Plaintiffs*

4817-8252-2679, v. 1